FILED
2016 JAN 20 AM 10:02
CLERK
U.S. DISTRICT COURT

Kathryn J. Steffey (10245)
ksteffey@smithlawonline.com
Clayton H. Preece (15228)
cpreece@smithlawonline.com
**SMITH HARTVIGSEN, PLLC**
175 South Main St., Suite 300
Salt Lake City, Utah 84111
Telephone (801) 413-1600
Facsimile (801) 413-1620
*Attorneys for Plaintiff Nanea Woods*

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DIVISION, STATE OF UTAH

| | |
|---|---|
| NANEA WOODS, an individual, and AUSTEN HARRIS an individual<br><br>Plaintiffs,<br><br>vs.<br><br>DIXIE STATE UNIVERSITY, a public university of the State of Utah; JASON BOOTHE, in his individual and official capacity; and CATHERRIA TURNER, in her individual and official capacity<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:15-cv-00267-BSJ<br><br>Judge Bruce S. Jenkins |

The Court, having reviewed the Stipulation to Dismiss With Prejudice (Dixie State University and Jason Boothe) filed by the parties, and for good cause appearing, hereby ORDERS that all claims asserted by Plaintiff Nanea Woods against Defendants Dixie State University and Jason Boothe are hereby dismissed with prejudice. Each party shall bear its own attorney fees and costs incurred as a result of the dismissal of claims against Defendants Dixie State University and Jason Boothe.

2:15cv267-BSJ

DATED this _20th_ day of _January_, 2016.

BY THE COURT:

Honorable Bruce Jenkins
U.S. District Court Judge